

**TRACY ARMSTRONG, ESQ.**

T: 732.855.6020
F: 732.726.4820
tarmstrong@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

December 5, 2019

**VIA E-FILING**
The Honorable Jesse M. Furman, U.S.D.J.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 1007

      **Re:**   <u>Naik, et al. v. Swagat Restaurant, Inc. d/b/a Sapphire Indian Cuisine, et al.</u>
               Case No. 1:19-cv-05025-JMF

Dear Judge Furman:

    This firm represents the defendants in the above-referenced matter. The parties attended a settlement conference before the Honorable Robert W. Lehrburger on December 2, 2019. The parties, with Hon. Lehrburger's assistance, agreed to continue to work together on exchanging additional documentation and information to facilitate settlement conversations. The parties also agreed to attend a second settlement conference before the Honorable Robert W. Lehrburger in January 2020. As such, the parties jointly respectfully request that Your Honor adjourn the Initial Pretrial Conference scheduled for December 11, 2019 so that the parties can continue to explore settlement.

                            Respectfully submitted,

                            /s/ Tracy A. Armstrong

    cc:    All counsel of record (via e-filing)

> The initial pretrial conference currently scheduled for December 11, 2019 is ADJOURNED to February 5, 2020 at 3:15 p.m. The Clerk of Court is directed to terminate ECF No. 28. SO ORDERED.
>
> December 5, 2019

Wilentz, Goldman & Spitzer, P.A.      Woodbridge | Eatontown | New York | Philadelphia      www.wilentz.com