

**TRACY ARMSTRONG, ESQ.**

T: 732.855.6020
F: 732.726.4820
tarmstrong@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

> Application DENIED. The parties have been granted several adjournments, *see* ECF Nos. 18, 27, 29, 31, and the Court expects that the parties will now pursue settlement and litigation on parallel tracks. The parties are reminded that they must file on ECF no later than Thursday of the week prior to the initial pretrial conference (*i.e.*, today) a joint letter, the contents of which are described in the Court's order scheduling the initial pretrial conference, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter. *See* ECF No. 9. The Clerk of Court is directed to terminate ECF No. 32. SO ORDERED.
>
> February 27, 2020

February 26, 2020

**VIA E-FILING**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 1007

Re: <u>**Naik, et al. v. Swagat Restaurant, Inc. d/b/a Sapphire Indian Cuisine, et al.**</u>
**Case No. 1:19-cv-05025-JMF**

Dear Judge Furman:

This firm represents the defendants in the above-referenced matter. The parties attended a settlement conference before the Honorable Robert W. Lehrburger on December 2, 2019. The parties agreed to continue to work on exchanging additional documentation to facilitate settlement and attend a second settlement conference before the Honorable Robert W. Lehrburger in January 2020. Counsel for the parties have exchanged damage information and have met in person to discuss same on January 27, 2020. Counsel and the parties plan to attend a second settlement conference with the Honorable Robert W. Lehrburger in April.

As such, the parties jointly respectfully request that Your Honor adjourn the Initial Pretrial Conference scheduled for March 4, 2020 so that the parties can continue to explore settlement.

Respectfully submitted,

/s/ Tracy A. Armstrong

TRACY A. ARMSTRONG

#11020524.1

Wilentz, Goldman & Spitzer, P.A.    Woodbridge | Eatontown | New York | Philadelphia    www.wilentz.com