**OTTINGER**
**EMPLOYMENT LAWYERS**

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

Finn Dusenbery
Direct: (212) 583-0030
fin@ottingerlaw.com

> Application GRANTED. Discovery in this case is hereby STAYED until further order of the Court. No later than **July 15, 2020**, the parties must file a joint letter regarding the status of settlement negotiations and whether discovery should remain stayed. The pretrial conference scheduled for July 8, 2020 is ADJOURNED *sine die*. The Clerk of Court is directed to terminate ECF No. 44. SO ORDERED.
>
> [signature]
> June 15, 2020

12, 2020

**By ECF**

Hon. Jesse M. Furman
U.S. District Judge
Southern District of New York
40 Centre St, Room 2202

**Re: Naik, et al. v. Swagat Restaurant, Inc., et al.
No. 19-cv-5025 (JMF) (RWL)**

Dear Judge Furman:

As you know, we represent Plaintiffs in the above-referenced matter. We write jointly with Defendants to request a stay of discovery. On May 5, 2020, the parties held a telephonic settlement conference and Defendants agreed to provide Plaintiffs discovery as to Defendants' financial information to aid settlement discussions. Defendants are currently in the process of producing such information, which could lead to a resolution of this case. Given that Defendants purport to have limited financial resources to pay a potential settlement, the parties believe it would be counterproductive and reduce any potential recovery to continue litigation while attempting to negotiate a settlement. Accordingly, the parties respectfully request that the Court stay discovery to allow the parties to attempt a settlement.

Respectfully submitted,

/s/ Finn W. Dusenbery
Finn Dusenbery
The Ottinger Firm, P.C.
401 Park Ave S
New York, NY 10016
*Attorneys for Plaintiffs*

/s/ Ashley Morin
Ashley Morin
Wilentz Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
*Attorneys for Defendants*