# OTTINGER
## EMPLOYMENT LAWYERS

Finn Dusenbery
finn@ottingerlaw.com

401 Park Avenue South
New York, NY 10016
(212) 571-2000

535 Mission Street, 14th Fl.
San Francisco, CA 94105
(415) 262-0096

OTTINGERLAW.COM

November 6, 2020

**By ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre St, Rm 2202
New York, NY 10007

      **Re:**    **Naik, et al. v. Swagat Restaurant, Inc. d/b/a Sapphire Indian Cuisine, et al. No. 19-cv-5025 (JMF)**

Dear Judge Furman:

      As you know, we represent Plaintiffs and the proposed class in the above-referenced matter. I write to request a two-week extension of the deadline to submit Plaintiffs' motion for preliminary approval of a class action settlement, from November 9, 2020 to November 23, 2020, as the parties are in the process of finalizing the preliminary approval papers. This is the second request for an extension, and Defendants' counsel has consented. There is currently no appearance scheduled before the Court. We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Finn Dusenbery
      Finn Dusenbery

> The application is GRANTED. The parties are warned, however, that future extensions are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 71. SO ORDERED.
>
> *[signature]*
>
> November 9, 2020