UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                       :

KISHORE NAIK, et al.,                                   :

                                      Plaintiffs,            :
                                                              :            19-CV-5025 (JMF)
                  -v-                                :
                                                              :            <u>ORDER</u>

SWAGAT RESTAURANT, INC., et al.,        :

                                      Defendants.       :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during today's conference, the parties are instructed to confer and submit no later than **5:00 p.m. on December 21, 2020**, revised papers seeking preliminary approval of a proposed class action settlement, including revisions to the proposed settlement and notice.  If the parties are unable to reach agreement by then, they shall file by the same deadline a joint letter explaining the status of their negotiations and — if appropriate — proposing next steps.  The Court reserves judgment on Plaintiffs' motion for preliminary approval of the class and collective action settlement. *See* ECF No. 75.

       SO ORDERED.

Dated: December 7, 2020                           _____
       New York, New York                          JESSE M. FURMAN
                                                             United States District Judge