UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                  :

KISHORE NAIK, et al.,                               :

                              Plaintiffs,          :
                                                        :                19-CV-5025 (JMF)
                    -v-                             :
                                                         :                    ORDER

SWAGAT RESTAURANT, INC., et al.,       :

                              Defendants.         :
                                                         :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 20, 2021, Tracy A. Armstrong filed a motion for leave to withdraw as counsel for Defendants Satish Arora and Swagat Restaurant Inc.  ECF No. 84.  Any opposition to counsel's motion to withdraw — by Plaintiffs or any Defendant, including Mr. Arora and Swagat Restaurant Inc. themselves — shall be filed no later than **February 3, 2021**.  Any reply shall be filed by **February 10, 2021**.

       The Court reminds counsel that, unless and until the motion is granted, she remains counsel of record and thus must comply with all dates and deadlines.  Counsel shall immediately serve a copy of this Order — along with her motion to withdraw papers — on Mr. Arora and Swagat Restaurant Inc., and file proof of such service on ECF no later than **January 22, 2021**.

       SO ORDERED.

Dated: January 21, 2021
       New York, New York                                       _____
                                                                      JESSE M. FURMAN
                                                             United States District Judge