UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
KISHORE NAIK, et al.,                                                   :
:
Plaintiffs,                                    :
:         19-CV-5025 (JMF)
-v-                                                                     :
:         ORDER
SWAGAT RESTAURANT, INC., et al.,                                        :
:
Defendants.                                    :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed, and for the reasons stated, on the record during today's teleconference:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against Defendant Satis Chandra Aurora (aka Satish Arora) are hereby DISMISSED.  Such dismissal is without prejudice to any future claims by Plaintiffs (or other class members) or by either of the other Defendants.  The Court finds the terms of this dismissal to be "proper."  *See* Fed. R. Civ. P. 41(a)(2).

2. Counsel Tracy A. Armstrong's motion to withdraw as counsel for Mr. Aurora, *see* ECF No. 84, is hereby DENIED as moot.

3. The parties shall file their revised settlement papers seeking preliminary approval of a proposed class action settlement no later than **February 19, 2021**.

The Clerk of Court is directed to terminate ECF No. 84 and to terminate Mr. Aurora as a party.

SO ORDERED.

Dated: February 5, 2021
       New York, New York                      _____
                                                       JESSE M. FURMAN
                                                     United States District Judge