UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kishore Naik, Harish Chand, Mohamed K. Newaz, Abdul Baten Rocky, B. Gourishankar, Mohammad M. Abbasi, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>Swagat Restaurant, Inc. d/b/a Sapphire Indian Cuisine, Satis Chandra Aurora, in his official and individual capacity, Sandip Dashi, in his official and individual capacity, and Does 1-50,<br><br>Defendants. | **Civil Action No. 1:19-cv-05025-JMF**<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Finn W. Dusenbery and the exhibits attached thereto, and the Settlement Agreement and Release, and the proposed order, Plaintiffs shall move the Court before the Honorable Jesse Furman, United States District Judge, at the United States District Court, Southern District of New York located at 40 Foley Square, Courtroom 1105, New York, New York 10007, on such day and time as counsel may be heard, for an order granting preliminary approval of the class and collective action settlement.

Dated: February 18, 2021

/s/ Finn W. Dusenbery
Finn Dusenbery
The Ottinger Firm, P.C.
401 Park Ave S
New York, NY 10016

*Attorneys for Plaintiff*