UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
KISHORE NAIK, et al., :
:
                           Plaintiffs, :
: 19-CV-5025 (JMF)
      -v- :
: ORDER
SWAGAT RESTAURANT, INC., et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The final approval hearing, currently scheduled for June 9, 2021, is hereby rescheduled to **July 14, 2021**, at **4:30 p.m.** Plaintiffs shall file a motion for final approval of a proposed settlement by **June 11, 2021.** That motion should include information about any opt-outs or objections received by counsel or the Settlement Administrator. Any opposition to that motion should be filed by **June 23, 2021,** and any reply by **June 29, 2021.**

      SO ORDERED.

Dated: June 1, 2021
       New York, New York
                                                          JESSE M. FURMAN
                                                    United States District Judge