UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kishore Naik, Harish Chand, Mohamed K. Newaz, Abdul Baten Rocky, B. Gourishankar, Mohammad M. Abbasi, individually and on behalf of all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>Swagat Restaurant, Inc. d/b/a Sapphire Indian Cuisine, Satis Chandra Aurora, in his official and individual capacity, Sandip Dashi, in his official and individual capacity, and Does 1-50,<br><br>Defendants. | **Civil Action No. 1:19-cv-05025-JMF**<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Declaration of Finn W. Dusenbery and the exhibits attached thereto, the Settlement Agreement and Release, and the proposed order, Plaintiffs shall move the Court before the Honorable Jesse Furman, United States District Judge, at the United States District Court, Southern District of New York located at 40 Foley Square, Courtroom 1105, New York, New York 10007, on such day and time as counsel may be heard, for an order granting final approval of the class and collective action settlement.

Dated: June 11, 2021

*/s/ Finn W. Dusenbery*
Finn Dusenbery
The Ottinger Firm, P.C.
79 Madison Ave
New York, NY 10016

*Attorneys for Plaintiffs and Class*

NOTICE OF MOTION