**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT COURT OF NEW YORK**
-------------------------------------------------------------------x
KISHORE NAIK, *et al.*
*individually and on behalf of all others similarly situated,*

                     Plaintiff,

v.

SWAGAT RESTAURANT, INC.
    d/b/a SAPPHIRE INDIAN CUISINE, *et al.*
                 Defendants.
-------------------------------------------------------------------x

Case No: 1:19-cv-05025-JMF

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that John Troy of Troy Law, PLLC hereby appears for Plaintiff KEW SING YAP, in the above-captioned case. Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned.

I certify that I am admitted and authorized to practice in this Court.

Dated: Flushing, NY
June 19, 2021

                                             TROY LAW, PLLC

                                             *Attorneys for Plaintiff*

                                             By: /s/ John Troy
                                             John Troy, Esq. (JT 0481)
                                             41-25 Kissena Boulevard, Suite 103
                                             Flushing, NY 11355
                                             Tel: (718) 762-1324
                                             troylaw@troypllc.com