UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KISHORE NAIK, et al., :
:
Plaintiffs, :
: 19-CV-5025 (JMF)
-v- :
: ORDER
SWAGAT RESTAURANT, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The hearing scheduled for **July 14, 2021,** at **4:30 p.m.** will be held remotely by teleconference. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      **No later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      SO ORDERED.

Dated: July 12, 2021
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge